IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| | : | NO. 08-274 |
| v. | : | |
| | : | |
| RICARDO RAMOS, | : | CIVIL ACTION |
| | : | NO. 12-124 |

## O R D E R

**AND NOW**, this 9th day of August, 2012, upon consideration of defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 177, filed January 11, 2012), defendant's Memorandum of Law in Support of Motion to Vacate, Set Aside, or Correct Sentence (Document No. 183, filed February 27, 2012), and the Government's Response to Defendant's Motion for Relief Under 28 U.S.C. § 2255 (Document No. 198, filed May 7, 2012), for the reasons set forth in the Memorandum dated August 9, 2012, **IT IS ORDERED** that defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is **DENIED**.

**IT IS FURTHERED ORDERED** that a certificate of appealability will not issue on the ground that defendant has not made a substantial showing of a denial of a constitutional right as required under 28 U.S.C. § 2253(c)(2).  See Slack v. McDaniel, 529 U.S. 473, 484 (2000).

BY THE COURT:

/s/ Hon. Jan E. DuBois

_____
**JAN E. DUBOIS, J.**