IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 08-274-2 |
| | : |
| RICARDO RAMOS | : |

## **ORDER**

**AND NOW**, this 17th day of April, 2024, upon consideration of Defendant Ricardo Ramos's "Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2); Amendments 814 & 821" (Docket No. 280), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.